# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1063
Lower Tribunal No. 16-29900
_____

**Incubacol, S.A.S.,**
Appellant,

vs.

**Poultry and Industrial Suppliers, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Eaton & Wolk, PL and Douglas F. Eaton, for appellant.

Homer Bonner and Christopher J. King and Antonio M. Hernandez, Jr., for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Damicet Corp. v. Sidauy, 306 So. 3d 171, 173  (Fla. 3d

DCA 2020) (citing <u>Abeid–Saba v. Carnival Corp.</u>, 184 So. 3d 593, 603 (Fla.

3d DCA 2016)).